**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 1:25-cr-03108-KWR

KEANU LEE,

Defendant.

**ORDER GRANTING MOTION *IN LIMINE* TO PRECLUDE DISCUSSION OF INFORMATION ONLY KNOWN TO DEFENDANT IN FRONT OF THE JURY**

**THIS MATTER** comes before the Court on the United States' Unopposed Motion *in Limine* to Preclude Discussion of Information Known Only to Defendant (**Doc. 43**). For the reasons stated below, the Court finds that the Motion is well taken and, therefore, is **GRANTED**.

The Government seeks to "preclude Defendant and his counsel from introducing any evidence, making any statement, or asking any questions regarding any information or facts which could only otherwise come to the jury's attention through the sworn testimony of Defendant, unless Defendant will, in fact, testify." **Doc. 43 at 1–2**. According to the Government, such statements are hearsay. ***Id.***

Hearsay is a statement that "the declarant does not make while testifying at the current trial" and "a party offers in evidence to prove the truth of the matter asserted in the statement." Fed. R. Evid. 801(c)(1)–(2). Hearsay testimony is generally inadmissible. Fed. R. Evid. 802.

Defendant does not oppose the Motion, and the Court agrees that such testimony by someone other than Defendant would ordinarily be inadmissible. Thus, the Court will prohibit it at trial.

**IT IS SO ORDERED.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE