**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 1:25-cr-03108-KWR

KEANU LEE,

Defendant.

**ORDER GRANTING MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO SENTENCING OR PUNISHMENT**

**THIS MATTER** comes before the Court on the United States' Unopposed Motion *in Limine* to Exclude Evidence of Possible Penalties (**Doc. 42**). For the reasons stated below, the Court finds that the Motion is well taken and, therefore, is **GRANTED**.

The sentence or punishment following a guilty verdict is not relevant to the jury's determination. *See* 10th Cir. Crim. Pattern Jury Instr. 1.20 (2025) ("You should not discuss or consider the possible punishment in any way while deciding your verdict."). "Unless a statute specifically requires jury participation in determining punishment, the jury shall not be informed of the possible penalties." *United States v. Parrish*, 925 F.2d 1293, 1299 (10th Cir. 1991), *abrogated on other grounds by*, *United States v. Wacker*, 72 F.3d 1453 (10th Cir. 1996).

It is firmly established that when the jury has no sentencing function, as is the case here, it "should reach its verdict without regard to what sentence might be imposed." *Rogers v. United States*, 422 U.S. 35, 40 (1975). Allowing a jury to consider punishment invites jury nullification and is prejudicial. *See United States v. Greer*, 620 F.2d 1383, 1384–85 (10th Cir. 1980) (presenting information to jury about possible sentence is prejudicial). Further, there is no right to jury

nullification in the Tenth Circuit. *Crease v. McKune*, 189 F.3d 1188, 1194 (10th Cir. 1999); *see also United States v. Trujillo*, 714 F.2d 102, 106 (11th Cir. 1983) ("While we recognize that a jury may render a verdict at odds with the evidence or the law, neither the court nor counsel should encourage jurors to violate their oath."), *quoted in United States v. Gonzalez*, 596 F.3d 1228, 1237 (10th Cir. 2010).

Accordingly, the Court will exclude any reference to punishment or sentence at trial for Defendant. No person shall ask any questions, introduce any evidence, or make any statement that directly or indirectly implicates Defendant's potential sentence while the jury is present. All witnesses shall be informed of this prohibition and the Court's order prior to trial.

**IT IS SO ORDERED.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE